IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDY LEWIS OLAVESON, AMERICANS HUMAN BEINGS ADULTS, and WORLD HUMAN BEING ADULTS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:09CV3265 |
| Plaintiffs, | | **MEMORANDUM AND ORDER** |
| v. | | |
| UNITED STATES SUPREME COURT JUSTICES, UNITED STATES DEPARTMENT OF THE DRUG ENFORCEMENT AGENCY, UNITED STATES SENATE, HOUSE OF REPRESENTATIVES, The, UNITED NATION, The, and ALL OTHER GOVERNMENTS, | | |
| Defendants. | | |

The plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of the plaintiff's Motion, the court finds that the plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

Dated January 6, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge